1  PHILLIP A. TALBERT
   United States Attorney
2  JARED C. DOLAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,        CASE NO. 2:17-MJ-0096 EFB
11
                  Plaintiff,
12                                  [PROPOSED] ORDER TO UNSEAL COMPLAINT
           v.
13
   DONALD BURTON,
14
                  Defendant.
15

16

17     The government's request to unseal the complaint and this case is GRANTED.

18

19  Dated: 6-7-2017

20                                  Hon. Edmund F. Brennan
                                    U.S. MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

UNSEALING ORDER                         1