PHILLIP A. TALBERT
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>DONALD BURTON,<br><br>                              Defendant. | CASE NO. 2:17-mj-00096 EFB<br><br>**STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING AND FOR EXCLUSION OF TIME**<br><br>**[18 U.S.C. § 3161]** |

        IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jared Dolan, counsel for the plaintiff United States of America, and defendant Donald Burton, by and through his counsel William Portanova, Esq., that good cause exists to extend the preliminary hearing currently set for July 7, 2017, at 2:00 p.m. to August 4, 2017, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d).

        Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d).  Discovery has been provided to the defense, including multiple audio and video recordings. Counsel for defendant will need time to review the materials and advise his client with respect to his options with respect to pre-indictment resolution or preparing the matter for trial post-indictment. As a result, the defendant agrees that a continuance of the preliminary hearing date will not prejudice him as it will allow his counsel the opportunity to understand the nature and scope of the evidence in

1

Stipulation and [Proposed] Order to Continue
Preliminary Hearing and For Exclusion of Time

1   this case in order to prepare an effective defense, as well as to discuss pre-indictment resolution.

2   The defendant is out of custody

3          Counsel further stipulate that an exclusion of time from July 7, 2017, to August 4, 2017, is

4   appropriate under the Speedy Trial Act because the United States has provided pre-indictment

5   discovery and defense counsel will need time to review that discovery.  As a result, counsel for both

6   parties stipulate that the ends of justice are served by the Court excluding such time and outweigh

7   the defendant's interest in a speedy trial, as well as the public's interest in a speedy trial, so that

8   counsel for each defendant may have reasonable time necessary for effective preparation, taking into

9   account the exercise of due diligence under 18 U.S.C. § 3161(h)(7)(B)(iv).  Therefore, time should

10  be excluded from computation under the Speedy Trial under 18 U.S.C. § 3161(h)(7)(A) (Local Code

11  T4).

12

13  DATED:  July 3, 2017                              PHILLIP A. TALBERT
                                                      United States Attorney
14
                                                      */s/ Jared Dolan*
15                                                    JARED C. DOLAN
                                                      Assistant U.S. Attorney
16

17
    DATED: July 3, 2017
18
                                                      */s/ Jared Dolan for*
19                                                    WILLIAM PORTANOVA, Esq.
                                                      Counsel for defendant DONALD BURTON
20

21

22

23

24

25

26

27

28

                                                      2
    Stipulation and [Proposed] Order to Continue
    Preliminary Hearing and For Exclusion of Time

1

**ORDER**

2      Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY

3  ORDERED that:

4      1.      The Court finds good cause to extend the Preliminary Hearing currently set for July 7,

5  2017, at 2:00 p.m., to August 4, 2017, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure

6  5.1(d); and

7      2.      Based upon the above representations and stipulation of the parties, the Court further

8  finds that the ends of justice outweigh the best interest of the public and each defendant in a speedy

9  trial.  Accordingly, time under the Speedy Trial Act shall be excluded through August 4, 2017,

10  pursuant to 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).

11      IT IS SO ORDERED.

12  Dated:  July 5, 2017

13

14  KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Stipulation and [Proposed] Order to Continue
Preliminary Hearing and For Exclusion of Time