WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
Donald Burton

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD BURTON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:17-CR-00121-JAM<br><br>**STIPULATION AND ORDER RE: MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE** |

With the Court's permission, the defendant Donald Burton requests, and the government does not oppose, a modification of the terms and conditions of defendant's pre-trial release to add the following condition:

1. You must participate in a program of medical or psychiatric treatment, including treatment for drug and alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other terms and conditions of Mr. Burton's pre-trial release shall remain in effect.

///

///

The parties have conferred with pretrial services officer Tai Gaskins who agrees with this proposed modification.

**IT IS SO STIPULATED.**

DATED: July 27, 2017

*/s/ William J. Portanova*

WILLIAM J. PORTANOVA
Attorney for Defendant
DONALD BURTON

DATED: July 27, 2017

*/s/ Jared Dolan*

JARED DOLAN
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: July 31, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DEFENDANT'S PRE-TRIAL RELEASE**

STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DEFENDANT'S PRE-TRIAL RELEASE