| | |
|---|---|
| 1 | WILLIAM J. PORTANOVA, State Bar No. 106193 |
| 2 | Attorney at Law |
| | 400 Capitol Mall, Suite 1100 |
| 3 | Sacramento, CA 95814 |
| | Telephone: (916) 444-7900 |
| 4 | Fax: (916) 444-7998 |
| 5 | Portanova@TheLawOffices.com |

Attorney for Donald Burton

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:17-CR-00121 JAM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER CONTINUING JUDGMENT** |
| v. | ) | **AND SENTENCING** |
| | ) | |
| DONALD BURTON, | ) | Date: November 7, 2017 |
| | ) | Time: 9:15 a.m. |
| Defendants. | ) | Judge: Hon. John A. Mendez |
| | ) | |

With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Jared Dolan, and defendant Donald Burton, by and through his attorney, William J. Portanova, hereby stipulate that the date for Judgment and Sentencing, now set for November 7, 2017, at 9:15 a.m. be continued to December 12, 2017 at 9:15 a.m. and that the following schedule for disclosure of the Pre-Sentence Report and the filing of objections be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | December 12, 2017 |
| Reply or Statement of Non-Opposition: | December 5, 2017 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and Opposing Counsel: | November 28, 2017 |

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING

| | | |
|---|---|---|
| Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel: | | November 21, 2017 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel: | | November 14, 2017 |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than: | | October 27, 2017 |

**IT IS SO STIPULATED.**

Dated: October 19, 2017                   /s/ William J. Portanova

　　　　　　　　　　　　　　　　　　WILLIAM J. PORTANOVA
　　　　　　　　　　　　　　　　　　Attorney for Donald Burton

Dated:  October 19, 2017                  /s/ Jared Dolan

　　　　　　　　　　　　　　　　　　JARED DOLAN
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: 10/19/17                           /s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　THE HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING