# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable John A. Mendez  **RE:  Donald Burton**
United States District Judge  **Docket Number:  0972 2:17CR00121-001**
Sacramento, California  **PERMISSION TO TRAVEL**
 **OUTSIDE THE COUNTRY**

Your Honor:

Donald Burton is requesting permission to travel to Nuevo Vallarta, Mexico. Donald Burton is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On November 14, 2017, Donald Burton was sentenced for the offense(s) of 18 U.S.C. § 666 (a)(1)(B) – Receipt of a Bribe by an Agent of a Program Receiving Federal Funds (Class C Felony).

**Sentence Imposed:**  12 months and 1 day custody of the Bureau of Prisons; 24-month term of Supervised Release; Mandatory drug testing; No firearms; DNA collection; $100 Special Assessment; $10,000 Fine.

**Dates and Mode of Travel:**  October 31, 2019 to November 6, 2019; Airplane.

**Purpose:**  Vacation

**RE:  Donald Burton
     Docket Number:  0972 2:17CR00121-001
     <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

*Karen Y. Lucero*

Karen Y. Lucero
United States Probation Officer

Dated:   September 27, 2019
         Sacramento, California
         KYL

**REVIEWED BY:**   _____
                  **Ronnie R. Preap
                  Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

**DATED:  9/30/2019**                    /s/ John A. Mendez_____
                                         John A. Mendez, U.S. District Court Judge